# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

162222 & (22)(24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

ROBERT STANLEY WINBURN, a/k/a SCOTT
ALLEN LIBBY,
 Defendant-Appellant.

SC: 162222
COA: 354482
Washtenaw CC: 17-000654-FC

_____/

 On order of the Court, the motion for immediate consideration is GRANTED, in part, to the extent that the defendant asks for expedited review. The application for leave to appeal the October 23, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for access to ex parte document events is DENIED.



 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



t1124

Clerk